IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RHONDA BROWN, a Washington resident, | ) |
| --- | --- |
| Plaintiffs, | ) |
| | ) NO. **2:19-cv-02052-RSM** |
| vs. | ) |
| | ) |
| EARTHBOUND EXPEDITIONS, INC, a Washington corporation, CLASSICAL 98.1, a Washington nonprofit corporation, and BEETHOVEN, A NONPROFIT CORPORATION, a Washington nonprofit corporation, | ) **ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES** |
| Defendants. | ) |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The case deadlines shall be amended as follows:

| **Deadline** | **Requested Date** |
| --- | --- |
| Initial Disclosures | 2/28/2020 |
| Combined Joint Status Report and Discovery Plan | 2/28/2020 |

Order Granting Stipulated Motion to Extend Case Deadlines
**Page 1 of 2**

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

DATED THIS 18 day of February, 2020.

*(signature)*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by*:

WASHINGTON CIVIL & DISABILITY ADVOCATE, *Attorneys for Plaintiff*

| | |
|---|---|
| */S/ MICHAEL TERASAKI* | */S/ CONRAD REYNOLDSON* |
| Michael Terasaki | Conrad Reynoldson |
| WSBA# 51923 | WSBA# 48187 |
| 4115 Roosevelt Way Ne, Suite B | 4115 Roosevelt Way Ne, Suite B |
| Seattle, WA 98105 | Seattle, WA 98105 |
| (206) 402-1124 | (206) 428-3558 |
| terasaki@wacda.com | conrad@wacda.com |

FOX BALLARD PLLC, *Attorneys for Defendant Earthbound Expeditions, Inc.*

*/S/ JONATHAN D. BALLARD*
Jonathan D. Ballard
WSBA# 48870
1325 Fourth Ave, Suite 1500
Seattle, WA 98101
(206) 800-2727
jonathan@foxballard.com

Order Granting Stipulated Motion to Extend Case Deadlines
**Page 2 of 2**

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558