1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
6                        AT SEATTLE

7   RHONDA BROWN, a Washington resident,        )
                                                )
8                    Plaintiffs,                )
                                                )   NO.  2:19-cv-02052-RSM
9        vs.                                     )
                                                )
10  EARTHBOUND EXPEDITIONS, INC, a              )   **NOTICE OF DISMISSAL UNDER**
    Washington corporation, CLASSICAL 98.1, a   )   **RULE 41(a)(1)(A)(i) WITH**
11  Washington nonprofit corporation, and      )   **PREJUDICE**
    BEETHOVEN, A NONPROFIT                      )
12  CORPORATION, a Washington nonprofit         )
    corporation,                                )
13                                              )
                   Defendants.
14

15     **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

16

17         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

18  Plaintiff Rhonda Brown and her counsel hereby give notice that the above-captioned action is

19  voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties.

20         Defendant has not served either and answer or a motion for summary judgment.

21  Accordingly, this matter may be dismissed without an Order of the Court.

22  /

23  /

Notice of Dismissal                    WASHINGTON CIVIL & DISABILITY ADVOCATE
                                              4115 Roosevelt Way NE, Suite B
**Page 1 of 2**                                    Seattle, WA 98105
                                                  (206) 428-3558

1

Dated: March 2, 2020.

2

WASHINGTON CIVIL & DISABILITY ADVOCATE, *Attorneys for Plaintiff*

3

*/S/ MICHAEL TERASAKI*

4

Michael Terasaki
WSBA# 51923

5

4115 Roosevelt Way Ne, Suite B
Seattle, WA 98105

6

(206) 402-1124
terasaki@wacda.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Notice of Dismissal

**Page 2 of 2**